# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 21, 2013

## NO. 03-12-00579-CV

**Appellant, Robert Kinney// Cross-Appellants, BCG Attorney Search, Inc.; and Professional Authority, Inc. d/b/a Legal Authority**

**v.**

**Appellees, BCG Attorney Search, Inc.; and Professional Authority, Inc. d/b/a Legal Authority// Cross-Appellee, Robert Kinney**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD AFFIRMED IN PART; REVERSED AND DISMISSED IN PART-- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's judgment **EXCEPT** for the portion of the trial court's order denying Kinney's motion to dismiss as to BCG Attorney Search, Inc., and Professional Authority, Inc. d/b/a/ Legal Authority's breach of contract and breach of fiduciary duty claims: **IT IS THEREFORE** considered, adjudged and ordered that the portion of the trial court's order denying Kinney's motion to dismiss as to BCG Attorney Search, Inc., and Professional Authority, Inc. d/b/a/ Legal Authority's breach of contract and breach of fiduciary duty claims is reversed, and judgment is rendered dismissing those claims. We affirm the trial court's order in all other respects. It is **FURTHER** ordered

that the appellees pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.